**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7572

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EDWARD STARGEN, a/k/a Cousin,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., District Judge. (CR-99-30)

Submitted: December 9, 2004      Decided: December 17, 2004

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Stargen, Appellant Pro Se.  Robert H. McWilliams, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Stargen appeals a district court order denying his motion for reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure and seeking relief as a writ of error coram nobis. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. See United States v. Stargen, No. CR-99-30 (N.D.W. Va., Sept. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED